UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 14-07075 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ANTONIO RODRIGUEZ, ET AL.**, | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Antonio Rodriguez, individually and doing business as Fiesta Mexican Bar & Grill, and Elizabeth Rodriguez, individually and doing business as Fiesta Mexican Bar & Grill, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 35.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Antonio Rodriguez, individually and doing business as Fiesta Mexican Bar & Grill, and Elizabeth Rodriguez, individually and doing business as Fiesta Mexican Bar & Grill, shall pay the plaintiff, J & J Sports Productions, Inc., $12,600.00 in total damages. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: May 25, 2017

_____

William Keller
United States District Judge